March 27, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

GIOVANNY VASQUEZ, SUBSTITUTE TRUSTEE OF THE BEATRICE RAMON 2007 IRREVOCABLE TRUST, Appellant

NO. 14-12-01115-CV                V.

RELIASTAR LIFE INSURANCE CO., Appellee

———————————————

      This cause, an appeal from the judgment in favor of Appellee, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order Appellant to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.